Submitted on record and briefs June 25, affirmed August 29, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MARK ALAN BOYCE,
*Defendant-Appellant.*

Lane County Circuit Court
210501658; A129422

167 P3d 475

Peter Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Marc D. Brown, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM